IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BOB GLENN RUPERT,<br><br>              Plaintiff,<br><br>      v.<br><br>SHERIFF YEATES et al.,<br><br>              Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 1:13-CV-94 TS<br><br>District Judge Ted Stewart |

Plaintiff, Bob Glenn Rupert, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2014), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated November 12, 2014, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has yet to amend his complaint. In fact, the Court has not heard from him at all since October 31, 2013, when he sent the Court documents in support of his complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 12th day of January, 2015.

BY THE COURT:

_____
JUDGE TED STEWART
United States District Court